

Entered on Docket
September 14, 2009

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

___

Shawn Christopher, Esq.
Nevada Bar No: 6252
CHRISTOPHER LEGAL GROUP
2625 N. Green Valley Parkway, Suite 110
Henderson, Nevada 89014-0276
Phone: (702) 737-3125
Facsimile: (702) 458-5412

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SHANNA WILLIAMS,<br><br>Debtor(s). | Case No: BKS-09-22194-MKN<br>Chapter 13<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR DETERMINATION OF VALUE OF PROPERTY; MOTION TO AVOID LIEN**<br><br>Hearing Date: August 20, 2009<br>Hearing Time: 3:30 p.m. |

    This matter having come before the Court for a hearing on August 20, 2009, on the Debtor's Motion for Determination of Value of Property; Motion to Avoid Lien, and based upon the papers and pleadings on file herein, and good cause appearing;

    **THE COURT HEREBY ORDERS** as follows:

Debtor's Motion for Determination of Value of Property; Motion to Avoid Lien is hereby granted.

///

-1-

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Debtor's real
2 property located at 5906 Soft Mist Ct., Las Vegas, Nevada 89110, shall be adjudicated to
3 have a value of $77,000.00 as of the date of filing Debtors' Chapter 13 Petition;

4    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the junior lien held
5 by Bank of America regarding the real property located at 5906 Soft Mist Ct., Las Vegas,
6 Nevada 89110 is hereby stripped of it's secured status and avoided in its entirety;

7    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Bank of America's
8 lien be adjudicated as an unsecured lien and treated as an unsecured claim;

9    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Bank of America's
10 lien have no further force and effect as a secured lien against Debtor's real property
11 located at 5906 Soft Mist Ct., Las Vegas, Nevada 89110; and

12    **IT IS FURTHER ORDERED ADJUDGED AND DECREED** that nothing contained
13 herein shall terminate the rights of the creditor if this case is dismissed or converted.

14    **IT IS SO ORDERED.**

15 Respectfully submitted August 21, 2009

CHRISTOPHER LEGAL GROUP

By: __/s/ Shawn Christopher__
     Shawn Christopher
     Attorneys for Debtor

APPROVED/DISAPPROVED

DATED:_____     *No Response*

Rick A. Yarnall, Chapter 13 Trustee

///
///
///
///

-2-

**ALTERNATIVE METHOD RE: RULE 9021**

In accordance with Local Rule 9021, the undersigned certified:

____    The court waived the requirements of approval under Local Rule 9021.

____    No parties appeared or filed written objections.

__X_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE Rick A. Yarnall, Trustee 701 Bridger Ave., #820 Las Vegas, Nevada 89101 (facsimile 853-4513) | | | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 21 day of August, 2009.

_____
An employee of Christopher Legal Group

# # #

-3-